B 1A (Official Form 1, Exhibit A) (9/97)

*[If debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11 of the Bankruptcy Code, this Exhibit "A" shall be completed and attached to the petition.]*

# UNITED STATES BANKRUPTCY COURT

In re  Rhode Island State Pier Properties, LLC  ,           )    Case No. _____
                     Debtor                                  )
                                                             )
                                                             )    Chapter 11

### EXHIBIT "A" TO VOLUNTARY PETITION

1. If any of the debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is  N/A  .

2. The following financial data is the latest available information and refers to the debtor's condition on September 21, 2010.

   a. Total assets                                           $  7,000,000.00 *
   b. Total debts (including debts listed in 2.c., below)    $  7,872,000.00

   c. Debt securities held by more than 500 holders:                                Approximate number of holders:

   secured ☐   unsecured ☐   subordinated ☐   $ N/A        _____
   secured ☐   unsecured ☐   subordinated ☐   $ _____   _____
   secured ☐   unsecured ☐   subordinated ☐   $ _____   _____
   secured ☐   unsecured ☐   subordinated ☐   $ _____   _____
   secured ☐   unsecured ☐   subordinated ☐   $ _____   _____

   d. Number of shares of preferred stock        N/A        _____
   e. Number of shares common stock              N/A        _____

   Comments, if any: _____

3. Brief description of debtor's business:
   Real estate development and maritime activity

4. List the names of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:
   Patrick T. Conley and Gail C. Conley

*estimated